FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D21-2536
_____

RONNIE J HUGHES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Columbia County.
William F. Williams, III, Judge.

September 28, 2022

PER CURIAM.

    Appellant's court-appointed appellate counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in this appeal from a judgment and sentence imposed upon revocation of probation. We affirm the revocation of probation and the trial court's sentence, but we remand the case to the trial court with directions to enter a written revocation order specifying the condition of probation Appellant was found to have violated. *See Davis v. State*, 218 So. 3d 507 (Fla. 1st DCA 2017) (affirming judgment and sentence in an *Anders* appeal but remanding for entry of a written revocation of probation order).

    AFFIRMED in part and REMANDED in part with instructions.

ROBERTS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.